| No | IP | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|
| 1 | 98.215.180.223 | 2017-01-08 00:26:19 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Indiana | Crown Point | Lake |
| 2 | 98.215.13.246 | 2017-01-08 00:36:08 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Indiana | Elkhart | Kosciusko |
| 3 | 73.102.44.147 | 2017-01-08 02:34:44 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Indiana | West Lafayette | Tippecanoe |
| 4 | 68.45.122.123 | 2017-01-08 06:18:11 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Indiana | Muncie | Blackford |
| 5 | 68.45.191.232 | 2017-01-08 11:21:44 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Indiana | Fort Wayne | Allen |
| 6 | 67.176.254.193 | 2017-01-08 12:37:19 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Indiana | Gary | Lake |
| 7 | 73.22.188.201 | 2017-01-08 15:49:29 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Indiana | Middlebury | Elkhart |
| 8 | 69.245.197.120 | 2017-01-08 19:20:34 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Indiana | Fort Wayne | Allen |
| 9 | 98.215.13.28 | 2017-01-08 21:01:15 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Indiana | Warsaw | Kosciusko |
| 10 | 73.51.50.22 | 2017-01-08 22:26:20 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Indiana | South Bend | St. Joseph |
| 11 | 71.228.51.190 | 2017-01-08 23:11:17 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Indiana | Hobart | Porter |

Exhibit B