# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| ME2 PRODUCTIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOE 1, et al., )<br>)<br>Defendants. ) | Cause No. 2:17-cv-00096-JVB-PRC |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, ME2 Productions, Inc., by counsel and pursuant to FED.R.CIV.P. 41(a)(1)(A)(i) and 41(a)(1)(B), respectfully notifies the Court of its voluntary dismissal, without prejudice, of its complaint against all Defendants.

Dated this 2nd day of January, 2018.

    /s/ R. Matthew Van Sickle            .
R. Matthew Van Sickle
Indiana State Bar No. 24430-41
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
Telephone: (919) 469-5685
Email:  rmv@lynchvansickle.com

*Attorney for ME2 Productions, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 2nd day of January, 2018, he electronically filed the foregoing "**NOTICE OF VOLUNTARY DISMISSAL**" with the Clerk of the Court using the CM/ECF system which will electronically send notification of such filing to the parties who have appeared in this case.

    /s/ R. Matthew Van Sickle            .
R. Matthew Van Sickle
Indiana State Bar No. 24430-41
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
Telephone: (919) 469-5685
Email:  rmv@lynchvansickle.com

*Attorney for ME2 Productions, Inc*